United States District Court

District of Connecticut

McCarthy,
    Plaintiff

No. 3:21CV198(MPS)

v.

John Doe et al,
    Defendants

Mr. Norton,

Motion For Leave

There is no case of this kind filed or pending in any other court. 28 USC §1746

Executed 2-15-21

By: John J. McCarthy
John J. McCarthy
245 Whalley Ave
New Haven, CT 06511