United States District Court

District Of Connecticut

John J. McCarthy 14163          No; 3:21 cv198 (MPS)
Fed No; 38051-066
New Haven Correction Center
245 Whalley Ave
New Haven, CT 06511

Mr. Norton
Supervised Release Officer (SRO)
Justice Department
Church Street
New Haven, CT 06510

                    and,

John Doe Warden
John Doe Agents
New Haven Correction Center
245 Whalley Ave
New Haven, CT 06511

Plaintiff's Complaint With A Jury Demand; All
Defendants Are Sued In Their Individual
Capacity Only

page ii, Additional Face Page

John Doe Agents
(Federal Bureau of Investigation)
600 State Street
New Haven, CT 06511.

Ms. Kelly M. Barrett
Ms. Maria D. Summer
Federal Defenders representing McCarthy
265 Church Street, Suite 702
New Haven, CT 06510.

defendants

page 2

1. Jurisdiction; 28 U.S.C. §1331; 42 U.S.C. §1983;

2. Facts; McCarthy is a pretrial detainee held on an unlawful detainer from an unlawful warrant for purported Federal Supervised Release violations; held in unlawful conditions at the jail.

3. Mr. Morton as McCarthy SRO and works under color of Federal Law; as does Kelly M. Barrott and Marici D. Summer;

4. John Doe Warden and Agents work under color of State Law;

5. SRO deliberately fabricated an unlawful warrant as a pretext to place McCarthy in the violent Racist Black ran jail so t'd get him hurt or killed; He could have used less drastic means;

6. The warrant was unlawful because McCarthy never received Notice beforehand by anyone as SRO what SR violations would be. And because SRO did not claim in application for the warrant that McCarthy did and when, where or how; And because SRO had no firsthand

page 3

knowledge of SR violations and used inadmissable hearsay, uncorroberated and unsworn to so to support the warrant; it also contained ex post facto violations;

7. Based on paragraph 6, no lawful probable cause supported the warrant because no actual crime was committed, and also there was no reasonable likelihood McCarthy committed a violation of SR crime; and because ex post facto violations occured without notice; SRO also unlawfully placed monitoring device on me;

8. On 10-15-20, four racist black guards at coll D.L-9 pushed McCarthy out of sight of the surveilence camera and beat him down; assaulted a disabled person over 60, McCarthy is 66. Beat him; sprayed tear gas into his left eye at point blank range blinding him and causing permanent injury and stomped on his right hand breaking it and fingers permanently disabling it; No reports were written stating McCarthy engaged in misconduct causing it;

9. Thereafter McCarthy was denied medical care for any of his injuries by black racist hospital staff who refused to document his complaints verbatim so to hide an objective record of staff

page 4

misconduct and racism. McCarthy suffered permanent disability to his eye and hands;

10. The Grievance Coordinator refuses to address any of McCarthy's grievances pursuant to directive or provide receipt they were filed. Out of 100 grievances none were responded to or appropriately, so to hide racism and staff misconduct;

11. The Warden denied McCarthy meaningful access to a law library, or persons trained in the law. McCarthy suffered prejudice in his SR case because he was denied his right to represent it pro se and speedy trial; and had to withdraw all of his pending and undocket cases in New Haven and Hartford because he could not proceed with anything accordingly;

12. Staff intercepted McCarthy's legal mail and grievances for over 6 months. Over 100 mailings were had and none were responded to. Thus denying McCarthy access to the courts and violation laws; State and Federal occurred;

page 5

13. McCarthy was often placed on Covid 19 quarantees in isolation when no medical evidence supported it. Racist staff did this to deny McCarthy access to programs and services and access to the Courts and his Attorney or anyone sent to the Jail in support of McCarthy's Attorney's defense.

14. Mental Health Staff and the Warden denied McCarthy single cell housing designation for his medical or mental health need so to get him hurt.

16. Relief: $10,000,000 in compensatory and punitive damages. TRO - Preliminary Injunctions.

I declare the foregoing is true and correct. 28 U.S.C. §1746 and paragraphs 17, 18, page 6, 7.
Executed 2-15-21
By: John J. McCarthy
     John J. McCarthy
     New Haven Jail
     245 Whalley Ave
     New Haven, CT 06511

page 6

Addendumum;

17. McCarthy was denied his first amendment and due process rights to file a criminal complaint for paragraphs 5, 6, 8, 9, 12, 13. The Warden, Staff and McCarthy's attorney, Kelly M. Barrett refused to contact law enforcement so to allow McCarthy to file criminal complaints. They did this so to hide staff misconduct and racism and violated equal protection because they discriminated against McCarthy because of his race; and because they are Negro lovers and supporters;

McCarthy wrote the FBI several times and they did the same for the same reasons

page 7.

19. Defendants Kelly M. Barrett and Maria D. Summer, are McCarthy's attorneys in his violation case. They refused to file Motions to dismiss the warrant, on the SRO Statute was unlawful because it denied McCarthy his Fourth, Fifth, Sixth Amendment Rights enumerated therein.

It also violates the equal protection clause and fails to address paragraph 2-7 or and allows SRO's to arbitrarily invent violations in violation of due process and ex post facto. It is vague, ambiguous, and indefinite and doesn't explain precisely SR violation Crest procedures or legal tests to apply when, where, or how are to be applied. Barrett and Summer refused to address it after I told them. McCarthy complained to his attorneys of the foregoing and everything in the Complaint and unlawful pretrial confinement because of unlawful conditions. They refused to assist McCarthy or file his Motions to proceed pro se or to dismiss warrant. Allowed Speed Trial violations to happen so to keep him jail. They did this so to get McCarthy hurt, hide an object record of it all and discriminated against McCarthy because of his race and because they are Negro haters or sympathizers

Tim J. McCarthy #463
New Haven Correction Center
245 whalley Ave
New Haven, CT
06511

HARTFORD CT 060
16 FEB 2021 PM 5 L

Clerk
Federal Court
141 Church Street
New Haven, CT

06510-203095